UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Case No. 22-42370

ZSHAWNTINIQUE CIERRA EVANS,   Chapter 7

  Debtor.   Judge Thomas J. Tucker

_____/

**ORDER DISMISSING CASE**

At 11:34 a.m. on March 28, 2022, the Debtor filed a voluntary petition for relief under Chapter 7, commencing Case No. 22-42368. Four minutes later, at 11:38 a.m. that same day, the Debtor filed another voluntary petition for relief under Chapter 7 in this Court, commencing this case. The Court assumes that the second filing was merely an unintended error by the Debtor's attorney. Both bankruptcy cases remain pending.

As a general rule, a debtor may not have two bankruptcy cases pending at the same time. *See In re Munroe*, 568 B.R. 631, 633-34 (Bank. E.D. Mich. 2017) (citing *In re Sidebottom*, 430 F.3d 893, 897–99 (7th Cir. 2005) and *In re Lord*, 295 B.R. 16, 17–21 (Bankr. E.D.N.Y. 2003)) ("[T]he majority rule, which this Court agrees with, is that a debtor may not have two bankruptcy cases pending at the same time."). For this reason, the Court will dismiss this case, which is the second-filed of the two cases.

Accordingly,

IT IS ORDERED that this bankruptcy case is dismissed.

**Signed on March 29, 2022**      /s/ Thomas J. Tucker
  **Thomas J. Tucker**
  **United States Bankruptcy Judge**